UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KRISTINA DAELEY and TRISTAN DAELEY, spouses, and their marital community composed thereof,<br><br>Plaintiffs,<br><br>v.<br><br>USAA CASUALTY INSURANCE COMPANY, a foreign corporation domiciled in Texas and doing business in the state of Washington,<br><br>Defendant. | NO. 2:24-cv-01211<br><br>**STIPULATION AND ORDER FOR ERRATA OF DEFENDANT'S ENTITY NAME** |

## I.  STIPULATION

Defendant USAA Insurance Agency, Inc. and Plaintiffs Kristina and Tristan Daeley, by and through their counsel of record, stipulate and agree to correct the caption to properly identify Defendant, revising the entity name from USAA Insurance Agency, Inc. to USAA Casualty Insurance Company, pursuant to Federal Rule of Civil Procedure 15(b).

STIPULATION AND ORDER FOR ERRATA OF
DEFENDANT'S ENTITY NAME -- 1

DATED this 18th day of September 2024.

Presented by:

**BURI FUNSTON MUMFORD, PLLC**

  /s/ Zach Mumford
Zach Mumford, WSBA 60248
Counsel for Plaintiffs Daeley

**FORSBERG & UMLAUF, P.S.**

  /s/ Rishabh Agny
Kimberly A. Reppart, WSBA 30643
Rishabh R. Agny, WSBA 49721
Counsel for Defendant USAA

## II.  ORDER

This Court, having reviewed the Parties' Stipulation to correct Defendant's entity name, hereby orders that the caption be amended, and the Defendant name be changed from USAA Insurance Agency, Inc. to USAA Casualty Insurance Company pursuant to Federal Rule of Civil Procedure 15.

DATED this 23rd day of September 2024.

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER FOR ERRATA OF
DEFENDANT'S ENTITY NAME -- 2