UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KRISTINA DAELEY and TRISTAN DAELEY, spouses and their marital community composed thereof,<br><br>Plaintiffs,<br><br>v.<br><br>USAA CASUALTY INSURANCE COMPANY, a foreign corporation domiciled in Texas and doing business in the State of Washington,<br><br>Defendant. | No. 2:24-cv-01211-JHC<br><br>**ORDER CONTINUING TRIAL** |

Before the Court is the Parties' Stipulated Motion to Continue Pretrial Deadlines and Trial Date. Dkt. # 16. The Court GRANTS the motion for the reasons stated therein. The new trial date in this matter is **April 6, 2026**. The Clerk is DIRECTED to issue a new case scheduling order that follows the Court's standard pretrial schedule.

DATED this 21st day of February, 2025.

_____
John H. Chun
United States District Judge

ORDER CONTINUING TRIAL– 1
CASE NO. 2:24-cv-01211