UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KRISTINA DAELEY and TRISTAN DAELEY, spouses and their marital community composed thereof,<br><br>Plaintiff,<br><br>vs.<br><br>USAA CASUALTY INSURANCE COMPANY, a foreign corporation domiciled in Texas and doing business in the State of Washington,<br><br>Defendant. | No. 2:24-cv-01211-JHC<br><br>**ORDER GRANTING SECOND STIPULATED MOTION TO CONTINUE PRETRIAL DEADLINES AND TRIAL DATE** |

This matter comes before the Court on the Parties' Second Stipulated Motion to Continue Pretrial Deadlines and Trial Date. Dkt. # 21. Given the Court's trial calendar, the Court CONTINUES trial in this matter to July 6, 2026. The Court DIRECTS the Clerk to issue a case scheduling order that follows the Court's standard pretrial schedule.

DATED this 10th day of November, 2025.

John H. Chun
United States District Judge

ORDER GRANTING SECOND STIPULATED MOTION TO CONTINUE
PRETRIAL DEADLINES AND TRIAL DATE– 1
CASE NO. 2:24-cv-01211