UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KRISTINA DAELEY and TRISTAN DAELEY, spouses and their marital community composed thereof,<br><br>Plaintiffs,<br><br>vs.<br><br>USAA CASUALTY INSURANCE COMPANY, a foreign corporation domiciled in Texas and doing business in the State of Washington,<br><br>Defendant. | No. 2:24-cv-01211-JHC<br><br>**STIPULATION FOR AND ORDER OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE** |

## I. <u>STIPULATION</u>

The parties, by and through their respective counsel, hereby stipulate that all claims asserted by Plaintiffs may be dismissed with prejudice and without fees or costs, and that the Order dismissing those claims below may be entered.

Dated this ___ day of December, 2025.    Dated this ___ day of December, 2025.

FORSBERG & UMLAUF, P.S.                   BURI FUNSTON MUMFORD, PLLC

*s/*_____        *s/*_____
Kimberly A. Reppart, WSBA #30643           Michael T. Mumford, WSBA #28652
Rishabh R. Agny, WSBA #49721               Zach Mumford, WSBA #60248
*Attorneys for Defendant USAA Casualty*    *Attorneys for Plaintiffs Kristina Daeley and*
*Insurance Company*                        *Tristan Daeley*

Stipulation For and Order of Dismissal of All Claims With Prejudice – 1
Case No.: 2:24-cv-01211-JHC

## II. ORDER

THIS MATTER having come on before the above-entitled court on the above stipulation of the parties through their counsel of record, now, therefore, it is hereby ORDERED that all claims asserted by Plaintiffs against Defendant USAA Casualty Insurance Company and all cross or counterclaims are hereby dismissed with prejudice and without costs or attorney's fees to any party.

Dated: December 31, 2025.

_____
JOHN H. CHUN
United States District Judge